IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH WALTSON, et al. | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HOME DEPOT U.S.A., INC. | : | |
| t/a, d/b/a THE HOME DEPOT, | : | No. 09-3395 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **3rd** day of **August, 2010**, upon consideration of Defendant's Post Trial Motion Sur Punitive Damages and Plaintiffs' response thereto, and for the reasons stated in this Court's Memorandum dated August 3, 2010, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 35) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**